UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN T. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS BREWER, an individual domiciled in New Jersey; WINNETT PERICO, INC., a Colorado corporation, d.b.a. WINNETTORGANICS; WINNETTORGANICS, a business entity of unknown type; WINNETTORGANICS CATTLE COMPANY, INC., a Colorado corporation; WINNETT CATTLE COMPANY, INC. a Colorado corporation,<br><br>Defendants. | No. 2:19-cv-1918 TLN DB<br><br>ORDER |

On May 8, 2019, plaintiff filed a motion for default judgment and noticed the motion for hearing before the undersigned on June 12, 2020, pursuant to Local Rule 302(c)(19.)  (ECF No. 12.)  On June 8, 2020, the undersigned issued an order continuing the hearing to July 31, 2020, and ordering plaintiff to file proof of service of notice of the motion on defendant.  (ECF No. 13.) Plaintiff filed proof of service on June 11, 2020.  (ECF No. 14.)

Days prior to the July 31, 2020 hearing, the Courtroom Deputy to the undersigned emailed plaintiff's counsel with information to appear at the July 31, 2020 hearing via videoconference. And the undersigned's public calendar provided a phone number for telephonic access to the July

1

31, 2020 hearing.  On July 31, 2020, this matter came before the undersigned for hearing of plaintiff's motion for default judgment.  (ECF No. 15.)  There was no appearance by any party.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 8, 2020 motion for default judgment (ECF No. 12) is denied without prejudice to renewal.

Dated:  August 3, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\smith1918.oah.073120