1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEAN T. SMITH,                                    No.  2:19-cv-01918-TLN-DB

12                  Plaintiff,

13         v.                                           **ORDER**

14    DENNIS BREWER, an individual
      domiciled in New Jersey; WINNETT
15    PERICO, INC., a Colorado corporation,
      d.b.a. WINNETTORGANICS;
16    WINNETTORGANICS, a business entity
      of unknown type; WINNETTORGANICS
17    CATTLE COMPANY, INC., a Colorado
      corporation; WINNETT CATTLE
18    COMPANY, INC. a Colorado corporation,

19                  Defendants.

20

21         Defendant Dennis Brewer is proceeding *pro se* with the above-entitled action.  The matter

22    was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

23         On February 8, 2022, the magistrate judge filed findings and recommendations herein

24    which were served on all parties and which contained notice that any objections to the findings

25    and recommendations were to be filed within thirty days after service of the findings and

26    recommendations.  (ECF No. 36.)  The time for filing objections has expired, and no party has

27    filed objections to the findings and recommendations.

28    ///

                                                    1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 8, 2022 (ECF No. 36) are adopted in full;

2. Plaintiff's August 12, 2021 Motion for Default Judgment (ECF No. 20) is DENIED;

3. Defendant Brewer's October 22, 2021 Motion to Set Aside Entry of Default (ECF No. 30) is GRANTED;

4. The entry of Defendant Brewer's default is set aside;

5. Plaintiff is granted twenty-eight days to file an amended complaint;

6. Plaintiff is ordered to serve a copy of the amended complaint on Defendant Brewer and file proof of such service within fourteen days thereafter; and

7. Defendant Brewer is ordered to file a responsive pleading to the amended complaint within twenty-one days of being served with the amended complaint.

DATED:  March 29, 2022

Troy L. Nunley
United States District Judge

2